Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
lfong@kaplanfox.com

Robert N. Kaplan (Admitted *Pro Hac Vice*)
Linda P. Nussbaum (Admitted *Pro Hac Vice*)
Jason A. Zweig (Admitted *Pro Hac Vice*)
Susan R. Schwaiger (Admitted *Pro Hac Vice*)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
E mail: rkaplan@kaplanfox.com
lnussbaum@kaplanfox.com
jzweig@kaplanfox.com
sschwaiger@kaplanfox.com

Attorneys for Plaintiff CMP Consulting Services, Inc.

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CMP CONSULTING SERVICES, INC., on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; et al.<br><br>Defendants. | Case No.: C 09-05114 VRW<br><br>CLASS ACTION<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1    WHEREAS the undersigned plaintiff has filed the above-captioned case;

2    WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of Optical Disk Drives and products containing Optical Disk Drives (collectively "ODD products");

WHEREAS at least four complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct purchasers alleging antitrust violations by manufacturers, distributors, and sellers of ODD products (collectively "the ODD Cases");

WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the ODD Cases;

WHEREAS plaintiff and Philips Lite-On Digital Solutions, U.S.A., Inc. ("PLDS U.S.A.") have agreed that an orderly schedule for any response to the pleadings in the ODD Cases would be more efficient for the parties and for the Court;

WHEREAS plaintiff agrees that the deadline for PLDS U.S.A. to answer, move, or otherwise respond to its Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after plaintiff provides written notice to PLDS U.S.A. that plaintiff does not intend to file a Consolidated Amended Complaint; or (3) any earlier response date to which PLDS U.S.A. agrees or by which it is ordered to respond in any ODD case;

WHEREAS this Stipulation does not constitute a waiver by PLDS U.S.A. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT PLDS U.S.A., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

---

1

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05114 VRW

1.    The deadline for PLDS U.S.A. to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after plaintiff provides written notice to PLDS U.S.A. that plaintiff does not intend to file a Consolidated Amended Complaint; or (3) any earlier response date to which PLDS U.S.A. agrees or by which it is ordered to respond in any ODD case.

2.    This Stipulation does not constitute a waiver by PLDS U.S.A., or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

DATED: November 24, 2009    Respectfully submitted,

By: _____/s/_____
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
        lfong@kaplanfox.com

Robert N. Kaplan (Admitted *Pro Hac Vice*)
Linda P. Nussbaum (Admitted *Pro Hac Vice*)
Jason A. Zweig (Admitted *Pro Hac Vice*)
Susan R. Schwaiger (Admitted *Pro Hac Vice*)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
E mail: rkaplan@kaplanfox.com
       lnussbaum@kaplanfox.com
       jzweig@kaplanfox.com
       sschwaiger@kaplanfox.com

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05114 VRW

|   |   |
|---|---|
| 1 | Michael E. Criden |
| 2 | Kevin B. Love<br>CRIDEN & LOVE, P.A. |
| 3 | 7301 S.W. 57th Court, Suite 515<br>South Miami, FL 33143 |
| 4 | Telephone: (305) 357-9010<br>Facsimile: (305) 357-9050 |
| 5 | Email: mcriden@cridenlove.com<br>klove@cridenlove.com |
| 6 | *Attorneys for Plaintiff CMP Consulting Services, Inc.* |

8   DATED: November 24, 2009

10                                                              /s/
                                                    David Lisi
11                                                  HOWREY LLP
                                                    1950 University Avenue, 4th Floor
12                                                  East Palo Alto, California 94303
                                                    Telephone: 650.798.3500
13                                                  Facsimile: 650.798.3600
                                                    Email: lisid@howrey.com
14
                                                    *Attorneys for Defendant Philips Lite-On Digital*
15                                                  *Systems, U.S.A.*

16                                  **ATTESTATION**

18      I, Linda M. Fong, the ECF User whose identification and password are being used to

19 electronically file this document hereby attest, in compliance with General Order 45.X.B, that

20 David Lisi has concurred in its filing and that Mr. Lisi's signature, indicated by a conformed

21 signature ("/s/") within this e-filed document, will be kept on file.

22 DATED: November 24, 2009                              /s/
                                                    Linda M. Fong

3

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05114 VRW

1 ~~PROPOSED~~ ORDER

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: 12/7/2009

_____
Honorable Vaughn R. Walker
United States District Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

4

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05114 VRW

# PROOF OF SERVICE

I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On November 24, 2009, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Linda M. Fong to file following document(s):

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.

Executed November 24, 2009, at San Francisco, California.

_____
Adrianna D. Gutierrez

---

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05114 VRW

5