Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email:  lking@kaplanfox.com
        lfong@kaplanfox.com

Robert N. Kaplan (Admitted *Pro Hac Vice*)
Linda P. Nussbaum (Admitted *Pro Hac Vice*)
Jason A. Zweig (Admitted *Pro Hac Vice*)
Susan R. Schwaiger (Admitted *Pro Hac Vice*)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
E mail: rkaplan@kaplanfox.com
        lnussbaum@kaplanfox.com
        jzweig@kaplanfox.com
        sschwaiger@kaplanfox.com

*Attorneys for Plaintiff CMP Consulting Services, Inc.*

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CMP CONSULTING SERVICES, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION; et al. <br><br> Defendants. | Case No.: C 09-05114 VRW <br><br> CLASS ACTION <br><br> **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT KONINKLIJKE PHILIPS ELECTRONICS N.V.TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT KONINKLIJKE PHILIPS ELECTRONICS N.V.TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05114 VRW

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of
3  Optical Disk Drives and products containing Optical Disk Drives (collectively "ODD products");

4  WHEREAS at least four complaints have been filed to date in federal district courts
5  throughout the United States by plaintiffs purporting to bring class actions on behalf of direct
6  purchasers alleging antitrust violations by manufacturers, distributors, and sellers of ODD products
7  (collectively "the ODD Cases");

8  WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the
9  ODD Cases;

10  WHEREAS plaintiff and KONINKLIJKE PHILIPS ELECTRONICS N.V. ("KPE N.V.")
11  have agreed that an orderly schedule for any response to the pleadings in the ODD Cases would be
12  more efficient for the parties and for the Court;

13  WHEREAS plaintiff agrees that the deadline for KPE N.V. to answer, move, or otherwise
14  respond to its Complaint shall be extended until the earliest of the following dates: (1) forty-five
15  days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days
16  after plaintiff provides written notice to KPE N.V. that plaintiff does not intend to file a
17  Consolidated Amended Complaint; or (3) any earlier response date to which KPE N.V. agrees or by
18  which it is ordered to respond in any ODD case;

19  WHEREAS this Stipulation does not constitute a waiver by KPE N.V. of any defense,
20  including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction,
21  improper venue, sufficiency of process or service of process;

22  PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT KPE N.V., BY
23  AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS
24  FOLLOWS:

25  1.  The deadline for KPE N.V. to answer, move, or otherwise respond to plaintiff's
26  Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the
27  filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after plaintiff
28  provides written notice to KPE N.V. that plaintiff does not intend to file a Consolidated Amended

1  Complaint; or (3) any earlier response date to which KPE N.V. agrees or by which it is ordered
2  to respond in any ODD case.
3      2.    This Stipulation does not constitute a waiver by KPE N.V., or any other named
4  defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of
5  personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service
6  of process.
7  DATED:  December 18, 2009        Respectfully submitted,

By:     /s/
    Laurence D. King (SBN 206423)
    Linda M. Fong (SBN 124232)
    KAPLAN FOX & KILSHEIMER LLP
    350 Sansome Street, Suite 400
    San Francisco, CA 94104
    Telephone:  415-772-4700
    Facsimile:   415-772-4707
    Email:  lking@kaplanfox.com
           lfong@kaplanfox.com

    Robert N. Kaplan (Admitted *Pro Hac Vice*)
    Linda P. Nussbaum (Admitted *Pro Hac Vice*)
    Jason A. Zweig (Admitted *Pro Hac Vice*)
    Susan R. Schwaiger (Admitted *Pro Hac Vice*)
    KAPLAN FOX & KILSHEIMER LLP
    850 Third Avenue, 14th Floor
    New York, NY 10022
    Telephone:  212-687-1980
    Facsimile:   212-687-7714
    E mail: rkaplan@kaplanfox.com
           lnussbaum@kaplanfox.com
           jzweig@kaplanfox.com
           sschwaiger@kaplanfox.com

    Michael E. Criden
    Kevin B. Love
    CRIDEN & LOVE, P.A.
    7301 S.W. 57th Court, Suite 515
    South Miami, FL 33143
    Telephone: (305) 357-9010
    Facsimile: (305) 357-9050
    Email:  mcriden@cridenlove.com
           klove@cridenlove.com

    *Attorneys for Plaintiff CMP Consulting Services, Inc.*

DATED: December 18, 2009

By:    /s/
David Lisi
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: 650.798.3500
Facsimile: 650.798.3600
Email: lisid@howrey.com

*Attorneys for Defendant KONINKLIJKE PHILIPS ELECTRONICS N.V.*

## ATTESTATION

I, Linda M. Fong, the ECF User whose identification and password are being used to electronically file this document hereby attest, in compliance with General Order 45.X.B, that David Lisi has concurred in its filing and that Mr. Lisi's signature, indicated by a conformed signature ("/s/") within this e-filed document, will be kept on file.

DATED: December 18, 2009              /s/
                                                         Linda M. Fong

~~PROPOSED~~ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/28/2009

GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05114 VRW

**PROOF OF SERVICE**

I, Annette Chatham, declare that I am over the age of eighteen (18) and not a party to the within action.  I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On December 18, 2009, I served the following document(s):

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT KONINKLIJKE PHILIPS ELECTRONICS N.V.TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.

Executed December 18, 2009, at San Francisco, California.

/s/ - Annette Chatham
Annette Chatham