UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION

This document relates to:

ALL ACTIONS

Case No. 10-md-02143-RS   (JCS)

**ORDER REGARDING DISCOVERY DISPUTE AND SPEAKING OBJECTIONS**

Re: Dkt. No. 1786

The Direct Action Plaintiffs, the Indirect Purchaser Plaintiffs, and Defendant TSSTK (hereinafter collectively the "Dispute Parties") filed a joint letter brief raising a dispute regarding the amount of time that should be permitted for the deposition of witness David Kim. The Court held a telephonic hearing on February 11, 2016. As stated at that hearing, if the Dispute Parties are not able to resolve the issue before February 19, 2016, lead trial counsel for the Dispute Parties shall appear on that date at 9:30 AM in Courtroom G of the San Francisco Federal Courthouse at 450 Golden Gate Avenue, and shall meet and confer in person until the issue is resolved.

Further, it has come to the Court's attention that speaking objections have been misused during depositions in this litigation. Going forward, no party shall make any speaking objection. Motions to strike may be made with a concise statement of the grounds therefor, and shall be deemed opposed. Objections shall be made by the one- or two-word colloquial denomination of the basis therefor, or by a citation to the Federal Rules of Evidence.

**IT IS SO ORDERED.**

Dated: February 11, 2016

JOSEPH C. SPERO
Chief Magistrate Judge